# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANK LIU,

    Plaintiff

v.

LYON COUNTY and RYAN POWELL,

    Defendants

Case No.: 3:22-cv-00526-ART-CSD

**Order**

Re: ECF No. 27

At a status conference on June 12, 2023, the court gave Plaintiff until July 12, 2023, to file an amended complaint. Plaintiff timely filed his second amended complaint (SAC). (ECF No. 27.) The SAC adds Lyon County as a defendant, as well as additional claims against both Powell and Lyon County.

Ms. Parks shall file a notice with the court on or before **August 16, 2023**, advising whether she will accept service for Lyon County. If Ms. Parks will not accept service for Lyon County, the court will order the U.S. Marshals Service to attempt to serve Lyon County.

**IT IS SO ORDERED**.

Dated: August 2, 2023

_____
Craig S. Denney
United States Magistrate Judge