UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK LIU, <br><br> Plaintiff, <br><br> vs. <br><br> LYON COUNTY and RYAN POWELL, <br><br> Defendants. | Case No.: 3:22-cv-00526-ART-CSD <br><br> **ORDER GRANTING** <br> <u>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**</u> |

COMES NOW, Plaintiff, FRANK LIU, pro se plaintiff, and Defendants RYAN POWELL and LYON COUNTY, by and through their attorneys Thorndal Armstrong, PC, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, with each party to bear their own attorney's fees and costs.

DATED this __25th__ day of January, 2024.       DATED this 7th day of February, 2024.

By:                                                                  THORNDAL ARMSTRONG, PC

*Frank Liu*                                                    By: *Katherine F. Parks*

FRANK LIU                                                  KATHERINE F. PARKS, ESQ.
304 S. Jones Blvd. #3416                             6590 S. McCarran Blvd., Suite B
Las Vegas, NV  89107                                 Reno, NV  89509
Pro Se Plaintiff                                             Attorney for Defendants
                                                                       RYAN POWELL and
                                                                       LYON COUNTY

1

**ORDER**

IT IS SO ORDERED.

DATED: <u>This 12th day of February, 2023</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE